### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**KENNIS D. JOHNSON,**

    *Plaintiff,*

**v.**                                   **Case No.: 4:23cv189-MW/MAF**

**MARQUIS L. WILLIAMS,**

    *Defendant.*

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for lack of jurisdiction and standing." The Clerk shall close the file.

**SO ORDERED on October 30, 2023.**

                             **s/Mark E. Walker**_____
                             **Chief United States District Judge**